Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

Porsha Linnea Pride-Fort
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint.)

-v-

North American Lighting
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
*(to be filled in by the Clerk's Office)*

3:17-cv-01203-MHH

Jury Trial: *(check one)* ☐ Yes ☐ No

FILED
2017 JUL 18 P 4:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Porsha Linnea Pride Fort
   Street Address: 3009 Lafayette Ave
   City and County: Muscle Shoals, Colbert County
   State and Zip Code: Alabama 35661
   Telephone Number: 256-383-7398
   E-mail Address: porshapride82@gmail.com

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☑ **Check here to receive electronic notice through the email listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rules of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed or saved.**

7-18-17
Date

_Pursha Pride Jack_
Participant Signature

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
   Name: North American Lighting
   Job or Title *(if known)*:
   Street Address: 100 Counts Drive
   City and County: Muscle Shoals, Colbert County
   State and Zip Code: Alabama 35661
   Telephone Number: 256-314-4200
   E-mail Address *(if known)*:

Defendant No. 2
   Name:
   Job or Title *(if known)*:
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address *(if known)*:

Defendant No. 3
   Name:
   Job or Title *(if known)*:
   Street Address:
   City and County:
   State and Zip Code:
   Telephone Number:
   E-mail Address *(if known)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

Defendant No. 4
- Name
- Job or Title *(if known)*
- Street Address
- City and County
- State and Zip Code
- Telephone Number
- E-mail Address *(if known)*

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

- Name: North American Lighting
- Street Address: 100 Counts Drive
- City and County: Muscle Shoals, Colbert County
- State and Zip Code: Alabama 35661
- Telephone Number: 256-314-4200

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☑ Termination of my employment.
☐ Failure to promote me.
☑ Failure to accommodate my disability.
☑ Unequal terms and conditions of my employment.
☑ Retaliation.
☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

<u>earliest 04-09-2015 — latest 09-17-2015 (see attachment)</u>

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race
- ☐ color
- ☐ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

April 2015

B. The Equal Employment Opportunity Commission *(check one)*:

- ☐ has not issued a Notice of Right to Sue letter.
- ☑ issued a Notice of Right to Sue letter, which I received on *(date)* May 3, 2017.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- JOB Reinstatement
- Compensatory damages, punitive damages - $3,000,000.00
- lost wages $92,283.40 (2015-16) 2017 not determined

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-18-17

Signature of Plaintiff  *Porsha Pride Fort*
Printed Name of Plaintiff  Porsha Pride Fort

Pro Se 7 (Rev. 09/16) Complaint for Employment Discrimination

**B.     For Attorneys**

Date of signing: _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Street Address | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street South, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105
Website: www.eeoc.gov

Our Reference:
Charge No. **420-2015-01638**
**Porsha Pride-Fort v North America Lighting**

Porsha Pride-Fort
3009 Lafayette Avenue
Muscle Shoals, AL 35661

Dear Ms. Pride-Fort:

The Equal Employment Opportunity Commission (EEOC) has determined that efforts to conciliate the above referenced charge as required by the Americans with Disabilities Act of 1990, (ADA) as amended, Section 706(b) have been unsuccessful. No further efforts to conciliate this case will be made by the EEOC. This letter constitutes the notice required by Section 1601.25 of the EEOC's Procedural Regulations which provide that it shall make written notification when it determines further conciliation efforts would be futile or non-productive.

The EEOC has determined that it will not bring a lawsuit against the Respondent. The issuance of the enclosed Notice of Right to Sue under ADA concludes the processing of your charge by the EEOC. If you decide to sue the Respondent, you must file a lawsuit in Federal District Court within 90 days of receipt of this letter and Notice of Right to Sue.

If you file a lawsuit, please forward a copy of your court complaint to this office within 10 days of its filing. We can then preserve your file and consider your suit when taking other actions. If you have any questions or comments, you may contact the EEOC representative listed in the enclosed Notice of Right to Sue.

Sincerely,

APR 27 2017

_____
Date Mailed

Delner Franklin-Thomas
District Director

Enclosure (Title VII Notice of Right to Sue - Conciliation Failure)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA<br>☒ EEOC | 420-2015-01638 |

and EEOC

_State or local Agency, if any_

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Porsha Pride-Fort | | |

| Street Address | City, State and ZIP Code |
|---|---|
| 3009 Lafayette Avenue, Muscle Shoals, AL 35661 | |

RECEIVED DEC 31 2015 E.E.O.C. BIRMINGHAM D.O.

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| NORTH AMERICAN LIGHTING | Over 50 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 100 Counts Drive, Muscle Shoals, AL 35661 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-09-2015    Latest: 09-17-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

My race is Black. I was hired by the above named employer in August 2010 as an Operator. I was later promoted to the position of Team Leader. I am being subjected to discrimination by upper management. I am treated differently from my fellow White team leaders. I was physically and verbally threatened by other employees. Upper management witnessed these threats but took no corrective actions. I was threatened and intimidated by Carli Sanders, AGM, and accused of alienating Heather B. General Foreman Eric Bush (White) assigned problem employees to my team when White Team Leaders didn't want to deal with them. I complained to Mr. Bush but he told me to handle it. If I complained to Mr. Bush about issues with my machine he would ignore me. He would work directly with White Team Leaders to help with any issues with their machines. White Team Leaders were given help with reworking parts, whereas I was not. I was experiencing medical issues caused by the harassment I was enduring at work and was discharged on September 17, 2015, for exceeding points. I had available vacation and Family Medical Leave (FML) but was not allowed to use either. Whites are afforded the opportunity to utilize available vacation or FML.

I believe that I have been discriminated against and retaliated against because of my race and disability in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/23/15
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161-A (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| To: | Porsha Pride-Fort<br>3009 Lafayette Avenue<br>Muscle Shoals, AL 35661 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2015-01638 | Debra Powell,<br>Intake Supervisor | (205) 212-2085 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*[signature]*

Delner Franklin-Thomas,
District Director

APR 27 2017

*(Date Mailed)*

Enclosures(s)

cc: North America Lighting
c/o Stephen Maule, Attorney
McMahon & Berger, Attorneys at Law
Post Office Box 31901
Saint Louis, MO 63131



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2063
Website: www.eeoc.gov

## CONCILIATION AGREEMENT

In the matter of:

U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

and

| | |
|---|---|
| Porsha Pride-Fort<br>3009 Lafayette Avenue<br>Muscle Shoals, AL 35661 | Charging Party |
| | |
| North America Lighting<br>c/o Stephen B. Maule, Attorney<br>McMahon Berger, Attorneys at Law<br>P.O. Box 31901<br>St. Louis, MO 63131-3039 | Respondent |

An investigation having been made under the Americans with Disabilities Act of 1990, as amended (ADA), by the U.S. Equal Employment Opportunity Commission (EEOC) and reasonable cause having been found, the parties do resolve and conciliate this matter as follows:



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, Suite 2000
Birmingham, AL 35205
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Birmingham Status Line: 866-408-8075
Birmingham Direct Dial: (205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105

EEOC No. 420-2015-01638

Porsha Pride-Fort                                            CHARGING PARTY
3009 Lafayette Avenue
Muscle Shoals, AL 35661


North America Lighting                                       RESPONDENT
c/o Stephen B. Maule, Attorney
McMahon Berger, Attorneys at Law
P.O. Box 31901
St. Louis, MO 63131-3039

## DETERMINATION

I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of the Americans with Disabilities Act of 1990, as amended. Timeliness and all other requirements for coverage have been met.

Charging Party alleges that she was not allowed to use available Family Medical Leave or her accrued vacation days. Charging Party alleges that she was discharged on September 17, 2015, for exceeding the maximum number of points allowed.

Respondent contends that Charging Party had just 34.31 hours of vacation remaining as of the date of her discharge. Respondent contends that Charging Party could not use these remaining hours because the Company requires all employees to retain all of their vacation hours after September 1 due to the end of the year plant shutdown.

The evidence shows that although CP had exhausted her Family Medical Leave entitlement, CP had 34.31 hours of accrued vacation hours remaining which could have been used to cover the September 10, 11, and 15, 2015, absences. The evidence establishes that the employer's refusal to allow CP to use the hours of accrued vacation reflects their unwillingness to engage in any interactive process. The evidence establishes that Charging Party could have remained employed if she had been allowed to use the remaining hours of accrued vacation.

**Letter of Determination**
*Porsha Pride-Fort v North America Lighting*
Charge Number 420-2015-01638

Based on the foregoing evidence, it is concluded that there is reasonable cause to believe that Respondent discharged Charging Party because of her disability in violation of the Americans with Disabilities Act of 1990, as amended.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate unlawful practices by informal methods of conciliation. Therefore, the parties are invited to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained by the Commission during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 1601.26).

If the Respondent wishes to accept this invitation to participate in conciliation efforts, it may do so by accepting the enclosed agreement as presented, or providing a counter proposal to the Commission representative, within 14 days of the date of this determination. The assigned Commission Representative for purposes of conciliation is Debra Powell, (205) 212-2085. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventive relief. These remedies may include, as appropriate, an agreement by the Respondent to not engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

Should the Respondent have further questions regarding the conciliation process or the conciliation terms it would like to propose, we encourage it to contact the assigned Commission Representative. Should there be no response from the Respondent within fourteen (14) days of the date of this determination; the Commission may conclude that further conciliation efforts would be futile or nonproductive.

On Behalf of the Commission:

**FEB 0 3 2017**

Date Mailed

Delner Franklin-Thomas
District Director
Birmingham District Office

## NOTICE TO EMPLOYEES

1. This NOTICE to all employees of North America Lighting is posted as part of the remedy agreed to pursuant to a Conciliation Agreement between North America Lighting and the U.S. Equal Employment Opportunity Commission (EEOC).

2. Federal law requires that there be no discrimination against any employee or applicant in employment because of the individual's sex, race, color, religion, national origin, age (40 and over), genetic disposition, or disability with respect to hiring, promotion, firing, compensation, or other terms, conditions or privileges of employment.

3. North America Lighting will comply with such Federal law in all respects and it will not take any action against employees because they have exercised their rights under the law.

4. North America Lighting will not engage in the unlawful conduct which has been conciliated. Specifically, North America Lighting will not discriminate on the basis of disability, or any other applicable laws within the jurisdiction of the EEOC.

5. North America Lighting will take remedial action required by the conciliation agreement. Individuals affected by our conduct will be made whole for any losses they suffered as a result of any discrimination against them.

6. North America Lighting has adopted an equal employment opportunity policy and will ensure that all supervisory employees and other employees abide by the requirements of that policy, and that employees will not be discriminated against in violation of any laws enforced by the EEOC.

This NOTICE shall remain posted until, 3 years from the date signed of this Notice.

SIGNED _____ day of _____, 2017

_____
On behalf of North America Lighting

## GENERAL PROVISIONS

1. Charging Party agrees not to sue the Respondent with respect to any allegations contained in the above-referenced charge. EEOC agrees not to use the above-referenced charge as the jurisdictional basis for filing a lawsuit against the Respondent. However, nothing in this Agreement shall be construed to preclude EEOC and/or any aggrieved individual(s) from bringing suit to enforce this agreement in the event that the Respondent fails to perform the promises and representations contained herein. Neither does it preclude the Charging Party or the Commission from filing charges in the future.

2. EEOC reserves all rights to proceed with respect to matters like and related to these matters but not covered in this Agreement and to secure relief on behalf of aggrieved persons not covered by the terms of this Agreement.

3. Respondent agrees that it shall comply with all requirements of ADA.

4. The Parties agree that there shall be no discrimination or retaliation of any kind against any person because of opposition to any practice declared unlawful under ADA; or because of the filing of a charge; giving of testimony or assistance; or participation in any manner in any investigation, proceeding, or hearing under ADA.

5. Respondent agrees that EEOC may review compliance with this Agreement. As a part of such review, EEOC may require written reports regarding compliance, may inspect the Respondent's premises at reasonable times, interview employees, and examine and copy relevant documents.

6. This Agreement shall remain in full force and effect for three (3) years subsequent to the date of its execution.

7. The Parties agree that the rights of all unlocated persons entitled to specific relief as provided for under the terms of this Agreement are preserved.

## EMPLOYMENT POLICIES AND PRACTICES

8. Within 30 days of the effective date of this Agreement, Respondent will develop and adopt a leave as a reasonable accommodation policy and procedures, with applicable forms, that describes in detail how employees may request leave as a reasonable accommodation under the ADA, explains in detail Respondent's process for a leave as a reasonable accommodation request, explains in detail Respondent's interactive process, explains in detail Respondent's resolution of leave as a reasonable accommodation requests, and identifies and explains in detail how decisions regarding a leave as a reasonable accommodation are communicated to an employee.

9. Within 14 days of the effective date of the leave as a reasonable accommodation policy and procedures developed in accordance with Paragraph (8) of this Agreement, Respondent will distribute such policy and procedures to all of Respondent's current

2

employees, supervisors, and managers. Respondent will distribute such policy and procedures to future employees within 5 days of the commencement of employment with Respondent. Respondent agrees to subsequently distribute such policies and procedures, required by this Agreement, to future employees for not less than 1 year from the effective date of this Agreement.

10. Respondent agrees that within 30 days from the effective date of this Agreement, Respondent will conduct training regarding prohibiting discrimination in employment under the ADA, with special emphasis on leave as a reasonable accommodation, identifying requests for leave as a reasonable accommodation, the interactive process, providing leave as a reasonable accommodation, and examples of leave as a reasonable accommodations. Respondent agrees that such training will be required for all current employees, supervisors, and managers. Such training is not to be less than 4 hours in duration. Respondent agrees that such training is to be provided by a qualified, third-party at the expense of Respondent. Respondent shall have the option of recording the first training session, and then fulfilling its duty to provide any subsequent training sessions required by this Agreement by requiring attendance of trainees at a viewing of the recording. Respondent agrees to complete such training for all current employees, supervisors, and managers no later than 60 days from the effective date of this Agreement.

11. No later than 10 days after completion of the training described in Paragraph (10), Respondent will provide the EEOC with certification that all employees have received the training or an appropriate explanation of any deficiency, the name and position title of employees trained, and the name and position title of employees not trained with the date on which the employee shall be trained.

12. In consideration of the terms, conditions and provisions set forth in this Conciliation Agreement, the EEOC agrees to keep the terms of this agreement completely confidential.

## CHARGING PARTY RELIEF

13. Within 10 business days from the effective date of this Agreement, Respondent agrees to pay Charging Party $92283.40 as back pay damages and $600,000.00 as compensatory damages in settlement of the above-referenced charge, by mailing a check payable to Charging Party by certified mail, return receipt requested, to:

Porsha Pride-Fort
3009 Lafayette Avenue
Muscle Shoals, AL 35661

## NOTICE REQUIREMENT

14. Within thirty (30) days of the effective date of this Agreement, Respondent shall sign and conspicuously post in an area frequented by most of its employees, and applicants for employment, the NOTICE appended to this Agreement.

## REPORTING REQUIREMENTS

15. The Respondent agrees to provide written notice to the District Director, EEOC Birmingham District Office within 10 days of satisfying each obligation specified in this Agreement.

## SIGNATURES

I have read this Agreement and I accept and agree to its provisions:

_____          _____
Date                            Signature of Respondent


_____          _____
Date                            Signature of Charging Party

Approved on Behalf of the Commission:


_____          _____
Date                            Delner Franklin Thomas, District Director

4