FILED
2017 Aug-18  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

Porsha Pride-Fort
3009 Lafayette Ave.
Muscle Shoal, AL 35661

    **PLAINTIFF,**

v.	CASE NO. 3:17-cv-01203-MHH

North American Lighting
c/o Stephen B. Maule Attorney
McMahon Berger, Attorney at Law
P.O. BOX 31901
ST. Louis, MO 63131-3039

    **DEFENDANT,**

## AMENDED COMPLAINT

    The Equal Employment Opportunity Commission has determined reasonable cause after a lengthy investigation. The EEOC has determined reasonable cause that the plaintiff's (Porsha Pride-Fort) rights was violated under the Americans with Disabilities Act of 1990. The plaintiff filed three (3) charges with the EEOC for Racial Discrimination and Harassment (April 2015), later Retaliation (April 2015), and Wrongful Termination (April 2015) under the ADA of 1990.

    Ms. Pride-Fort was treated unfair and not equal to other employees of different ethic groups. The plaintiff suffered some health issues and emotional problems caused by the constant harassment and bullying of NAL Management team and co-workers. The plaintiff was unable to work for nearly 3 months due to these health issues. After returning to work Ms. Pride-Fort suffered more health issues, the plaintiff took ill at work and collapsed. When management sent her home, they intentionally pointed her out.

The Management team of North American Lighting retaliated against the plaintiff for filing a charge against the company. Ms. Pride-Fort was terminated while on FMLA. Ms. Pride-Fort had earned vacation hours that she could have used to attend her doctor appointments. The company denied her using her time when other employees was granted to use there earned hours. Ms. Pride-Fort followed the proper procedures under the FMLA/ company guidelines.

Ms. Pride-Fort has suffered a tremendous amount of grief even after being terminated. It's hard for the plaintiff to seek employment due to her employment background check with this company.

PORSHA PRIDE FORT,
PLAINTIFF

*[signature: Porsha Pride Fort]*

CC. UNITED STATES DISTRICY COURT
FOR THE NORTHERN DISTRICT OF
NORTHWESTERN DIVISION